IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| LEONARD E. DORSEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:09-CV-654-ID |
| ) | (WO) |
| SHERIFF DENNIS MEEKS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is hereby CONSIDERED and ORDERED that:

1. The plaintiff's objection (Doc. #11) to the Recommendation of the Magistrate Judge filed on August 21, 2009, is OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. #10) filed on August 14, 2009, is ADOPTED;

3. The § 1983 claims against Judge McGuire are DISMISSED with prejudice in accordance with 28 U.S.C. § 1915(e)(2)(B)(i) and/or (iii);

4. The claims against Defendant Meeks are DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);[1] and

5. The Complaint is DISMISSED prior to service of process.

DONE this 4th day of September, 2009.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] A dismissal "without prejudice" is a "dismissal that does not bar the plaintiff from refiling the lawsuit within the applicable limitations period." Black's Law Dictionary (8th ed. 2004)