IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| LEONARD E. DORSEY, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | ) CASE NO. 2:09-CV-654-ID |
| | )         (WO) |
| SHERIFF DENNIS MEEKS, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions, and orders entered in this case, it is

CONSIDERED, ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against the plaintiff and that the claims against Judge McGuire are dismissed with prejudice but the claims against Defendant Meeks are dismissed without prejudice.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 4th day of September, 2009.

                                                          /s/ Ira DeMent
                                        SENIOR UNITED STATES DISTRICT JUDGE